IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| RUTH ANN HENSLEY, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | 1:07 CV 403 |
| IRENE WORTHAM CENTER, INC., F/K/A IRENE WORTHAM DAY CARE CENTER, INC., D/B/A IRENE WORTHAM RESIDENTIAL CENTER, INC.; IRENE WORTHAM RESIDENTIAL CENTER, INC., F/K/A IRENE WORTHAM RETARDED RESIDENTIAL CENTER, INC., D/B/A IRENE WORTHAM CENTER, INC.; AND ROB RENZI, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

## ORDER

**THIS MATTER** is before the court upon the defendant, Irene Wortham Center, Inc., f/k/a Irene Wortham Day Care Center, Inc., d/b/a Irene Wortham Residential Center, Inc. and Irene Wortham Residential Center, Inc., f/k/a Irene Wortham Retarded Residential Center, Inc., d/b/a Irene Wortham Center, Inc., motion for admission *pro hac vice* (#3) of Kristine L. Cato, to appear as counsel for the defendant in this matter filed on December 28, 2007.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendant's motion is **ALLOWED**, and that Kristine L. Cato is hereby granted admission *pro hac vice* to the bar of this court, with payment of the admission fees having been paid to the Clerk of this court.

Signed: January 3, 2008

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge